## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION


CESAR GUTIERREZ-LOPEZ,

                Petitioner,                    Case No. 26-11143

v.                                            Hon. Jonathan J.C. Grey

KEVIN RAYCRAFT, *et al.*,

                Respondents.

_____/

## **ORDER DISMISSING CAUSE OF ACTION**

Petitioner Cesar Gutierrez-Lopez ("Lopez") filed a petition for writ of habeas corpus ("petition") pursuant to 28 U.S.C. § 2241. (ECF No. 1.) petition for writ of habeas corpus ("petition"), filed pursuant to 28 U.S.C. § 2241. (ECF No. 1.) He requested release on bond or that he be given a bond hearing. On May 20, 2026, the Court ordered respondents to provide Lopez with an individualized bond hearing before an Immigration Judge on or before May 27, 2026 or release Lopez from custody. (ECF No. 7.) The Court further ordered respondents to file a status report regarding Lopez no later than May 29, 2026. (*Id.*)

On May 27, 2026, respondents filed a status report, wherein they advised the Court that the immigration court issued an order to release

Lopez on bond on May 26, 2026. (ECF No. 8.)

Accordingly, as Lopez has been granted the relief he requested in the petition, **IT IS ORDERED** that this cause of action is **DISMISSED**.

**SO ORDERED.**

<u>**s/Jonathan J.C. Grey**</u>
JONATHAN J.C. GREY
DATE: June 1, 2026                     United States District Judge

2

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 1, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager